# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Michael Bradley,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-01045-APG-DJA<br><br>**Order** |

Before the Court is Defendant Equifax Information Services LLC's motion to reschedule the December 30, 2025 hearing. (ECF No. 43). The Court finds that Defendant has shown good cause for the relief it seeks. *U.S. v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) ("[t]here is a well established principle that district courts have inherent power to control their dockets") (internal quotations omitted, cleaned up). It therefore grants the motion. The Court will vacate the hearing and require the parties to meet and confer and file a stipulation to reschedule the hearing with four dates on which all participants are available to attend.

**IT IS THEREFORE ORDERED** that Defendant's motion (ECF No. 43) is **granted.** The hearing set for December 30, 2025, is **vacated.** On or before **January 8, 2026**, the parties must submit a stipulation to reschedule that hearing with four dates on which all participants are available to attend.

DATED: December 18, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE